## MOTION FOR THE APPOINTMENT OF COUNSEL

2:22-cv-00822-IM

Plaintiff, Xavier Deleon-Carbajal, pursuant to US 1915, request this Court to Appoint Counsel to represent him in this case, for the following reasons.

1) plaintiff is unable to afford counsel

2) the issues involved with case and required Amendment in the case, are Complex.

3) The plaintiff as a segregation and confined since June 4th 2022 due to being put on protective custody by the institution, protective custody segregation can last up to four months for transfer. Plaintiff has extremely limited access to the law library.

4) Plaintiff has limited knowledge of the law.

Where fore, this Honorable Court should appoint counsel to represent the plaintiff.

pursuant to 28 U.SC §1746 I declare Under penalty of perjury that the foregoing is true and Correct.

Signed this 25 day of July, 2022.

Page ____ of _____ - _____